

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2016

No. 04-16-00689-CR

The **STATE** of Texas,
Appellant

v.

Jose **AGUILAR**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRN000587-D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The State has filed a notice of appeal. The State seeks to appeal a trial court's order granting a motion to suppress. The clerk's record has been filed, but it does not contain a signed order granting a motion to suppress. "[T]he trial court's oral pronouncements on the record do not constitute appealable order." *State v. Wachtendorf*, 475 S.W.3d 895, 904 (Tex. Crim. App. 2015). We therefore order the State to file a response to this order by **December 9, 2016** showing why this appeal should not be dismissed for want of jurisdiction. If the trial court signs a written order giving this court jurisdiction over this appeal, we order the State to file a copy of its written request for a supplemental clerk's record containing that order by December 9, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2016.



Keith E. Hottle
Clerk of Court